United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4009

_____

James Frederick Newport,                    *
                                            *
Appellant,                                  *
                                            *
v.                                          *
                                            *
Deborah L. Babbit; International            *
United Auto, Aerospace and                  *
Agricultural Implement Workers of           *
America, Local 249; Ford Motor              *
Company; Dr. John Amick; Gari               *
Alumbaugh; Andy Anderson; Don               *
Breckdon; Chester Carson; Dan               *
Danner; Shad Dowlatshia; Victor             *
Dumas; Leslie Elliot; Larry Foreman;        *
Ron Fue; John Gregory;                      *  Appeal from the United States
                                            *  District Court for the Western
Appellees,                                  *  District of Missouri.
                                            *
Marian Geldersma,                           *        [UNPUBLISHED]
                                            *
Defendant,                                  *
                                            *
Edward E. Hales; John Huston;               *
William Jordon; Jerry Kline; Julee          *
Murphy; Ronald Mickey; Thomas               *
Murphy; Tina Matix; Park College;           *
Kathy Perry; Lou Papalas; Richard           *
Reynolds; Maria Roath; Thomas               *
Ronning; Stevens Samual; Francis            *
Matt Snell; James R. Schaffer; John         *

Smith; Paul Sanberg; Harly John             *
Tucking; John Terry; Theresa                *
Tamburello; Princie Wallingford;            *
James Young,                                 *
                                            *
            Appellees.                       *

_____

Submitted:  December 31, 1997

Filed:  January 14, 1998

_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Former military reservist James F. Newport sued Ford Motor Company, the International United Auto, Aerospace and Agricultural Implement Workers of America, Local 249, Park College, and several individuals, alleging that defendants participated in a pattern of threatening and harassing activities directed against him in violation of the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c), and that defendants conspired to prevent him from performing his duties as a federal officer in violation of 42 U.S.C. § 1985(1). The district court[1] granted defendants' motions for summary judgment, and Newport appeals. After careful review of the record and the parties' briefs, we conclude that no error of law appears, and that an

---

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

extended opinion would lack precedential value.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.